IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLORADO

| Plaintiff: QUEENETH COYLE<br>v.<br>Defendants: JOHNSON MARK LLC | CASE NO.   1:20-cv-3663 |
|---|---|

# **NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE THAT Defendant JOHNSON MARK LLC, a Utah company removes, with reservation of all defenses, Case No. 2020CV30771, filed in the Weld County District Court (the "State Court Action" or "action"), to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1331. Defendant consents to the removal of the State Court Action to this Court. Other than Defendant JOHNSON MARK LLC, there are no other Defendants in the action. Thus, all the Defendants in the action have been served and all the Defendants in this action consent to the removal. In support of removal, Defendant states as follows:

1. On or about November 9, 2020, Plaintiff commenced an action in the 18th Judicial District, District County, County of Weld, entitled Queeneth Coyle v. Johnson Mark LLC, 2020CV30771.
2. Defendant was served with summons on 11/11/2020 and received a copy of Plaintiff's complaint on 11/11/2020. Pursuant to 28 U.S.C. 1446(b), this notice has been timely filed. A copy of the process Service of Process, Complaint and any Exhibits served upon Defendant in the state court action are attached hereto and referred to collectively as "Exhibit A."
3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1331; and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. 1441(b) in that it arises under the laws of the United States, specifically the Federal Debt Collection Practices Act 15 U.S.C. 1692 et seq.

WHEREFORE, Defendant prays that this action be removed to the United States District Court for the District of Colorado.

*20-26882-JMPLD* Notice of Removal

Dated: December 15, 2020

    /s/ Jon Bonnesen
Jon Bonnesen, Attorney for Defendant
Johnson Mark, LLC
P.O. Box 7811
Sandy, UT 84091
Phone: 866-356-3838
FAX: 801-285-5701
E-mail: jbonnesen@jmlaw.com

20-26882

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020 a true and correct copy of the foregoing Notice of Removal was sent electronically/U.S. Mail to the following:

Casey James Alexander
THE LAW OFFICE OF CASEY JAMES ALEXANDER, LLC.
640 E Eisenhower Suite 200
Loveland CO 80537

                                                        /s/TERI ONGLEY

20-26882