## Case History

**Filed by Plaintiff/Petitioner**  **Case Number:** 2020CV030771  **Division:** 5

**Filed by Defendant/Respondent**  **Case Type:** Money  **Judicial Officer:** Shannon Lyons

**Filed by Court**  **Case Caption:** Coyle, Queeneth v. Johnson Mark LLC  **Court Location:** Weld County

Download                                                                 Show 20    1 - 4 of 4

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | | Document Security |
|---|---|---|---|---|---|---|---|---|
| E82ACAC580CEA* | 12/15/2020 10:04 AM | Jon Michael Bonnesen | Johnson Mark LLC | Johnson Mark Llc | | Notice of Removal | Notice of Removal to Federal Court | Public |
| 690C928376DEE | 11/09/2020 3:09 PM | Casey James Alexander | The Law Office of Casey James Alexander LLC | Queeneth Coyle | | Complaint w/Jury Demand | Complaint Under C.R.C.P 16.1 | Public |
| | | | | | | Summons | Summons and Demand For Jury Trial | Public |
| | | | | | | Civil Case Cover Sheet | District Court Civil (CV) Case Cover Sheet For Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint And Jury Demand 16.1 Yes | Public |
| | N/A (Details) | 11/09/2020 | Shannon Lyons | Weld County | N/A | | Order - Case Management | Order - Case Management | Public |
| | N/A | 11/09/2020 | N/A | N/A | N/A | | ADR Order | N/A | |

1 - 4 of 4